**RECEIVED**

APR 0 4 2019

Legal Programs Department

SCANNED at LSP and Emailed

4-4-19 by KB . 4/ pages
date        initials   No.

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. §1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

AlBERT A. Grayer _____          __389690_____
                                    Inmate (DOC) number

_____

_____

(Enter above the full name of the
plaintiff in this action.)

VERSUS

Darrel Vannoy, WArden Louisiana State Prison

Daniel E. Crook, Doctor Louisiana State Prison

Bill Lacoste, EMT Louisiana State Prison

Logan DarBonne, EMT Louisiana State Prison

(Enter above the full name of each          (See Cont..)
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

**All copies of the complaint must be identical to the original**.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 350.00 (together with a $50.00 administrative fee). In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, submit them for electronic filing with the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Room 139, Baton Rouge, La. 70801.

I.    Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes (✓) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): ___Albert A. Gruyer___

   Defendant(s): ___Timothy Butler, Zuccaro Blackmore, NYesha Kelly___

2. Court (if federal court, name the district; if state court, name the parish):
   ___United States District Court Middle District of Louisiana___

3. Docket number: ___18-49-BAJ-EWD___

4. Name of judge to whom case was assigned: ___Brain A. Jackson___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
   ___Still Pending___

6. Date of filing lawsuit: ___Jan 22, 2018___

7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?

Yes ( )        No ( ✓ )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

_____

II.    Place of present confinement: ___Louisiana State Prison____

_____

A. Is there a prisoner grievance procedure in this institution?

Yes ( ✓ )        No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( ✓ )        No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. ___LSP- 2018- 1633 ?___

_____

2. What steps did you take? ___Submitted an ARP at institution___

_____

_____

3. What was the result? ___Placed on Backlogged (Exhibit "C")___

_____

D. If your answer is No, explain why not: _____

_____

III.    Parties
(In Item A below, place your name in the first blank and place your present address in the second blank.

A. Name of plaintiff ___Albert A. Graver___
   Address ___Louisiana State Prison, Angola LA 70712___

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _Darrel Vannoy_ is employed as _War-Den_ at _Louisiana State Prison (LSP)_

C. Additional Defendants: _Daniel E. Crook is employed as DR. at (LSP); Bill Locost is employed as EMT at LSP; Logan DarBonne is employeed as EMT at LSP; David Voorhies is employed as Major at LSP; Damon Turner, Captain LSP; Johnny Turner Captain LSP; Edward Bliss Captain LSP; Howard Brown; LT. LSP; M. Grown MSGt LSP_

IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_On July 10, 2018 plaintiff was transported by Ambulance to the treatment Center by defendant Locost due to him taking an substainual amount of pills. Once at the treatment Center plaintiff Stomach was ordered to be pumped & these orders were carried out by defendant Logan DarBonne. Immediately after the pumping of plaintiffs Stomach he was escorted to the holding Cells to await transport back to his living quarters. While in the holding Cell plaintiff tried hanging himself with Mechanical restraints. Plaintiff was than taken down by Security. Upon him being escorted back to the treatment Area defendant Crook Said plaintiff & Stated "Take him back where he Come from" "I do not want to See him" Plaintiff was than Stripped Searcheel & transported back to Camp "C" Upon plaintiffs arrival at Camp C he was turned over to defendant Damon Turner to be placed on Mental Health 4-pt Defendant Turner escorted (See Cont.)_

V.    Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. _1) A declaration that the acts & Omissions described herein violated plaintiff's right Under the Constitution & laws of the United States. 2) A preliminary & permanent Injuction Ordering defendant Darrel Vannoy t:a) place any Offender who Suffer from epilepsey Under Camera Observation When An Watch has been Ordered: b) that Offenders who suffer from Seizures not be placed in bunk cells (See Cont.)_

VI.    Plaintiff's Declaration
1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

defendants Cont...

MAjor David Voorhies, Correctiunal Officer Louisiana State Prison

Captain Damon Turner, Correctiunal Officer Louisiana State Prison

Captain Johnny Howard, Correctiunal officer Louisiana State Prison

Captain Edward Russ, Correctiunal Officer Louisiana State Prison

M.Sgt. M. Groom, Currectiunal Officer Louisiana State Prison

LT. Howard Brown, Currectiunal Officer Louisiana State Prison · individually & in their
official capacity

## IV. Statement of Claim Cont...

plaintiff to Tiger 'IR#3 as this was an extremely hot Booth Cell where plaintiff Could not feel any air Circulating, the Cell was poorly Ventilated & there was no lighting. Upon placing Grover in the Cell plaintiff requested from Turner that he be placed in an Cell Where he Can feel some air as he Suffers from epilipsey & heat triggers his Seizures. Plaintiff than informed Turner that he has an duty Status which lets him Know that he has heat related Side effects. (A Copy of this duty Status is attached & marked as Exhibit "A"). Turner than Stated to plaintiff that "You Just tried to Kill yourself, Now your worried about heat? "maybe the heat will give you what you won't" he than placed plaintiff on 4-pt & left.

Later that night plaintiff woke-up excessively Sweating, Smelling like Urine & feeling Weak, dizzy, Confused at which time he asked the tier walker to infurm Security that he needed to declare himself an Medical Emergency. Moments later defendant Johnny Howard arrived in his booth at which time he informed him of how he was feeling & informed him that he needed to declare himself an Medical emergency. Plaintiff than requested from Howard to be released off 4-pt. So that he may Shower & get Some Cold water. Howard than informed plaintiff that medical had just left his Cell approx 1-1½ ago at which time plaintiff quest-ioned Howard as to the reason why? Howard than infurmed plaintiff that he had been in his Cell Shaking So he Contacted medical Personnel & when they arrived they took your Vitals & left. Plaintiff than asked who the EMT's Were at which time he learned that it was EMT's Defendant Logan Darbonne & EMT Lavinge Howard than informed plaintiff that word was left from the day Shift tier Officer that he had been Catching Seizures since he was placed on 4-pt & when medical Came they only took his Vitals & left as they did tonight & Would Say the Dr Order "No Transport". Defendant Howard than exited plaintiffs booth Saying that he was about to go Call medical & that he would be right back to let me up to Shower & Whatever else. Defendant Howard Never returned. Upon info & belief i had Seizures that night at which time Howard had Knowledge of through the tier walkers & Uther Offenders Calling for an Officer infor-ming them upon info & belief Defendant Howard would enter my booth Call my name & leave. Upon info & belief Howard failed to notify medical that i was Continuously having Seizures.

On July 11, 2018 plaintiff Stopped the EMT in an effort to make Sick Call & due to him being on 4-pt he was Unable to Complete a Sick Call form Nor did the EMT have any on him or in the Unit. After plaintiff explained his illness the EMT than entered plaintiff's Cell & did not have a blood pressure Cuff but took plaintiffs pulse at which time he infurmed plaintiff that his pulse was beating a lil too fast & he needed to drink Some water because he was dehydrated. Plaintiff than reminded him that he was handcuffed to the bed & Unable to get water. Defendant M. Groom than intervened & Stated that

1

he would get plaintiff some writer, but NEVER did. Upon info & belief while plaintiff was speaking to the EMT he just fell out into an seizure & upon arrival of the ambulance it was defendant Lacost at which time he again left plaintiff in his cell unresponsive. Upon info & belief Defendants Logan Daibonne & Bill Lacost left plaintiff in his cell unresponsive on July 10-11 2018 while plaintiff had seizures.

Upon info & belief it is against policy & penitentiary directive to leave offenders in their cell unresponsive

Upon info & belief after plaintiff continued to have seizures on July 10, 2018 defendants Daibonne & Lacost left him in the cell unresponsive the Unit Officer activated his transmitter a second time & upon Defendant David Voorhies & Damon Turner responding & learning the cause of why the transmitter was activated. Defendant Voorhies told the Unit Officer "not to activate his transmitter for no shit like that". & when the Unit Officer questioned Defendant Voorhies as what to do he was told to "Watch him". Upon info & belief plaintiff was provided with no medical attention.

On August 8 2018 plaintiff woke-up in his cell on the floor surrounded by vomit & urine at which time the tier walker questioned him as to how he was doing. Upon info & belief the tier walkers told Defendants Howard Brown & M. Groom that plaintiff was in the cell having a seizure. Upon info & belief both defendants came to plaintiffs cell observed him having a seizure & walked away ignoring it. After tier walkers questioned defendants as to was they going to get plaintiff some help, Defendant Groom stated "He'll be ok" & defendant stated "that plaintiff does that same shit every time he comes over here" Upon info & belief both defendants failed to notify medical personnal so that plaintiff could be provided with medical assistance.

On August 17, 2018 plaintiff woke up with saliva covering his face. Upon info & belief from his cellmate he notified Defendants M. Groom & Edward Russ at which time defendant Groom saw plaintiff having the seizure & only walked away without activating his transmitter, but shaking his head. Upon info & belief when cellmate questioned Groom as was he going to get plaintiff some help, Groom's words were as they were before "he'll be o.k. moments later Defendant Russ was making rounds at which time. Upon info & belief Plaintiffs Cellmate informed him that plaintiff had just had a seizure & was not responding. Upon info & belief defendant Russ threatened to spray Plaintiff with chemical agent as a means to make plaintiff respond. Upon info & belief defendant Russ used his judgement by shining a flashlight on plaintiff's body stating "I see his chest moving up & down hes alright" (Again plaintiff was provided with no medical attention)(A declaration from plaintiff & his cellmate is attached & marked as Exhibit "B")

## Legal Claims

Defendant Crook showed deliberate indifference to plaintiffs serious medical condition by failing to conduct a physical examination, order an x-ray. to determine the extent of plaintiffs neck injury or had any been sustained by the hanging by mechanical restraints.
Defendant Crook further showed deliberate indifference to plaintiffs serious medical by ordering that he be left on 4-pt after seizures & not to be transported to the treatment center for medical evaluation. Defendant Crook actions violated plaintiffs right under

the Eighth Amendment to the United States Constitution & Caused plaintiff pain, Suffering, physical injury & emotional distress.

Defendants Crook, DarBonne Lacost Showed deliberate Indifference to plaintiffs Serious Medical Condition by leaving him in the Cell unresponsive & failing to transport him to the treatment Center for monitoring. defendants action Violated plaintiffs right Under the Eighth Amendment to the United States Constitution & caused plaintiff pain, Suffering, physical injury & emotional distress

Defendants Voorhies, Turner, Howard, Groom, Brown & Russ Showed deliberate Indifference to plaintiff Serious Medical Condition by refusing to Notify medical when he was Continuously having Seizure or by leaving plaintiff on the floor / in the bed failing to get him medical attention defendants action Violated plaintiffs right Under the Eighth Amendment to the United States Constitution & Caused plaintiff pain, Suffering, physical injury & emotional distress

By having Knowledge of the Situation & failing to take any steps to better the Conditions defendants Voorhies, Turner, Howard, Brown, Russ Carried out a pratice that led to the Violation of plaintiff rights Under the Eighth Amendment to the United States Constitution & Caused plaintiff pain Suffering, physical injury & emotional distress

Plaintiff has no plain adequate or Complete remedy at law to redress the wrongs described herein. Plaintiff has been & will Continue to be irreparably injured by the Conduct of the defendants Unless the Court grant the declaratory, injuctive relief which plaintiffs Seeks

## V. Relief Cont...

C) Start enforcing that all defendants Comply with any & all dept. Regulations, Unit policies & procedures, post orders, Civil Service & penitentiary directives.

3) A preliminary & permanent injuction Ordering defendants Crook, Lacost, & Darbonne:

    a) Stop leaving Offenders in Cell Unresponsive;

    b) That offenders be transported to the treatment Center in the event of a Seizure for medical Observation;

4) A preliminary & permanent injunction Ordering defendants Voorhies, Turner, Howard, Brown, Russ:

    a) To Start Calling Medical personal when any medical Situations exist & in the event they do not, they be terminated;

5) I request punitive & Compensatory damages from all defendants except D. Vannoy

6) any additional relief this Court deems just proper & equitable

Respectfully Submitted;
Albert Dwyer #389690

3.

V.      Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite

no cases or statutes.  Attach no exhibits._____

_____

_____


VI.     Plaintiff's Declaration

1.  I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2.  I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3.  I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4.  I consent to receive orders, notices and judgments by Notice of Electronic Filing.


Signed this __2nd__ day of __April_____, 20_19_ .

_____Robert Thayer_____

Signature of plaintiff(s)