Exhibit "A

Plaintiffs Duty Status

LOUISIANA STATE PENITENTIARY
R.E . BARROW, JR. TREATMENT CENTER                DS#:
ANGOLA, LA  70712

MEDICAL DUTY STATUS REPORT
ISSUE DATE: 4/30/2018          MEMO TYPE DATE: 5/02/2018          TU UPPER A

DOC#:389690          NAME:GRAYER                , ALBERT          RACE:B
TEMPORARY DUTY STATUS:REGULAR DUTY WITH RESTRICTIONS: INDOORS, NO KITCHEN DUTY,
          NO SPORTS FROM MAY 15, 2018 TO OCTOBER 15, 2018

REASON:HEAT RELATED SIDE EFFECTS

TEMPORARY DUTY EXPIRES 10/15/2018     AND REVERTS BACK TO PERMANENT DUTY STATUS
AT MIDNIGHT.                                             RDWR
TEMPORARY DUTY PER ORDERS OF:DR. LAVESPERE, MD          .
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ISSUE DATE: 04/25/2016          MEMO TYPE DATE: 4/25/2016
PERMANENT DUTY STATUS:REGULAR DUTY WITH RESTRICTIONS:OUT OF FIELD,NO USE OF
                    SWINGING TOOLS,NO USE OF SHARP TOOLS,NO WORKING AROUND
                    MOVING MACHINERY,NO WORKING AT HEIGTHTS GREATER THAN
                    THREE (3) FEET,NO WORKING AROUND BODIES OF STANDING
                    WATER,MUST WORK TWENTY (20) FEET AWAY FROM ROAD,NO
                    HOBBYCRAFT,NO SPORTS X PERMANENT
REASON:     SEIZURE PRECAUTIONS          -

PER ORDERS OF:DR. LAFLUER, MD.          MD   Perm Duty Status Code: RDWR
                                             INPUT BY_____

CC:  INMATE SIGNATURE_____
     SECURITY SIGNATURE_____
     FILE

Exhibit "B"

Declarations

In the United States District Court
For the Middle District of Louisiana

ALBERT A. Grayer

v

Darrel Vannoy

Declaration of
Albert Grayer

Civil Action
No.

ALBERT Grayer hereby declares:

I have Suffered from epilipsey Since childhood & has taken all types of perscribed medication by No Medication has been able to Control the Seizures.

I have been incarcerated at Louisiana State Prison Since Feb 2016

I have been housed at Camp C Since June 21. 2018

On July 10. 2018 I was placed on extreme Watch (4·pt) orders of Mental Health personnal in an extremely hot Cell

I have a duty status that places everyone on notice to my Heat related Side effects (Exhibit "A")

While on 4·pt i had Seizures at which time medical Personnel left me in the Cell unresponsive & Security failed to get me Medical attention.

Due to the nature of my Complaint that Prison Officials are Showing deliberate Indifference to my Serious Medical need by 1) leaving me in the Cell unresponsive 2) failing to notify Medical personnel that i am having a Seizure Plaintiff faces an Irreparable harm if he must wait until after using the Prison grievance. Plaintiff Contends the outcome of his medical Condition Could result in Coma, paralyze or even death. Defendants Not only Violated his rights once. but this is an on-going problem as Seen in his Complaint On July 10-11. 2018 Upon info & belief he was left in his Cell un-responsive after Medical Personal had Seen him b/c of an Seizure. After Medical Personnal had left upon info & belief he Continued to have Seizures While Confined to 4·pt. at which time Security personal failed to Contact Medical again but left him on 4·pt having Seizures. Again on Aug 8, 2018 & Aug 17, 2018 as stated in his Complaint defendants had Knowledge of him having Seizures but purpose-ful ignored it & failed to get Plaintiff Medical attention. Plaintiff Contends he's Known to regergatate when having a Seizure Which Can easily block his air-way passage & he Choke & die. Plaintiff Contends he has forwarded letters of Complaint to the necessary Personnel at LSP but No response has been issued a copy of these

1 of 2

Letter of Complaint has been marked as Exhibit "E"...

Plaintiff Contends that defendants have not yet been notified that im applying for an Preliminary Injuction / TRO out of the abundance of Caution to try & Stop it, but Once it's placed in Court Plaintiff will recieve Copies & Served all defendants via Classification dept. at that time he will provide proof of Service to the Honorable Court!

I hereby declare under the penalty of perjury that the foregoing is true & Correct  Executed at Angola, La on Aug 21. 2018

Respectfully Submitted;
Albert Grayer #389690
Albert Grayer #389690
Tiger 11R#5

2 of 2

In The United States District Court
For the Middle District of Louisiana

Albert Grayer
              V
Darrel Vannoy

Declaration of
Barry Sadler

Civil Action
No.

Barry Sadler declares:

On Aug. 8, 2018  I was placed on Tiger Right Cell #5 which holds Admin/seg offenders. Cell #5 is also the cell that houses Albert Grayer. We are in the cell together.

Upon my entering the cell Albert Grayer informed me that he suffers from epilepsy, in the event he was to have a seizure that I should not panic but place him on his side so that he would'nt choke if he was to regurgatate, and, place something under his head. Then notify prison officials so they could get him medical attention.

Albert Grayer further informed me that upon info & belief he had had a seizure earlier that day as he woke-up in vomit & urine and after speaking with the tierwalker, it was discovered that Lt. Howard Brown + Msgt. M. Groom had knowledge of the situation & both purposefully ignored it and did not notify thier Supervisor or call Medical.

On Aug 17, 2018 Albert Grayer and I were talking, when suddenly I heard a thump and then a gagging sound. I then got out of my bed and started racking the bars calling for help. When I looked back at Albert Grayer I observed white froth coming out of his mouth while he was still shaking violently. So I immediatly placed him on his side. When I turned back around Msgt. Groom was at the cell door asking the problem. After telling him and seeing what was going on Msgt. Groom shook his head and left the tier cell

Before leaving the tier I asked Msgt. Groom was he going to get Albert Grayer some help and he stated "He'll be O.K." Approx. 15-20 mins later Capt. Russ made rounds and I stopped him and explained the situation to him and that my cellie would not respond. Capt. Russ then stated " I bet if I spray some of that gas in there he'll get up." I then told Capt Russ 'this isn't a playing situation he needs medical attention" Capt. Russ then shined a flashlight over Grayer's body and said "I see his chest moving up & down he's alright!" Capt. Russ then exited the booth saying he was going to call medical. No one ever came.

Pg 1 of 2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2018 at Angola, La.

_Barry Sadler_ #411800
Barry Sadler #411800

Exhibit "C"

Administrative Remedies & Exhaustion

## This Is an Request for Administrative Remedy

On July 10-11, 2018 Offender Albert Grayer #389690 Contends that Dr. Daniel Crook, 3 EMTs Cpt. DarBonne, Cpt. Bill violated his 8th Amendment Under the U.S. Const. as they Showed deliberate Indifference to his Serious Medical need. On July 10, 2018 Offender Contends that he informed Cpt. Bill that he had taken a numerous amount of his perscribed Seizure meds at which time he was taken to the treatment center. Upon his arrival at the treatment Center Cpt. Bill informed Dr. Crook & Cpt. DarBonne of the incident at which time Dr. Crook ordered Cpt. DarBonne to pump Offenders Stomache. Immediately Afterwards Offender was sent to the holding Cells to await transport. While in the holding Cell Offender tried hanging himself with the restraints at which time Security entered the holding Cell & removed him from hanging. When taken back to the treatment Center DR Crook immediately Stated " Take him back where he Came from. I do not want to see him"... Offender was than Stripped Searched & transported back to his living quarters at which time he was placed on 4-pt (per Mental Health).

While being on 4-pt in an extremely hot Cell whereas there was no air nor Ventilation Upon information & belief Offender Started having Seizures Whereas EMT's Cpt. DarBonne & Cpt Bill arrived & left him in the Cell unresponsive. Upon information & belief after EMT's left Offender Continuously had Seizures at which time No Medical Attention was given.

On July 11, 2018 Offender Contends he had more Seizures that upon information & belief Was Witnessed by an EMT & Upon the Ambulance Arrival it was Cpt. Bill at which time he again left Offender in the Cell unresponsive. Offender Contends that Dr. Crook, EMTs DarBonne, & Bill are fully aware that he Suffers from epilepsy with heat related Side effects listed on duty Status but they purposefully Ignored it as well as his Medical Condition Clearly leaving him in an life threatning manner. Deliberate Indifference to a prisoners Serious Medical need Violates the eighth Amendment as the above Officials demonstrated No "Care" or Concern regarding my health/or Well being.

## Relief Desired

1. I request nominal damages in the amount of $25,000 against EMT DarBonne & Bill;

pg 1 of 2

2. I request Nominal damages in the amount of $50,000 against Dr. Daniel Crook;

3. I request Compensatory damages in the amount of $50,000 against EMTs DaiBonne & Bill;

4. I request Compensatory damages in the amount of $75,000 against Dr. D Crook;

5. I request punitive damages against EMTs DaiBonne & Bill in the amount of $25,000;

6. I request punitive damages against Dr. Crook in the amount of $50,000;

7. I request an preliminary & permanent injuction that all Offenders who suffer with epilepsy be placed under Camera Observation when placed on any extreme Watch;

8. I request a jury trial on all issues triable by jury;

9. Any additional relief this Court deems just, proper & equitable...

Respectfully Submitted;
Albert Grayer #389690
Albert Grayer #389690
Camp. C. JaG 2/L
July 30, 2018

pg 2 of 2

# Request For Administrative Remedy

On July 10, 2018 Offender Albert Grayer #389690 Contends that Majo D. Voohries, Cpt. D. Turner & Cpt. J. Howard Violated his 8th Amendment Under the U.S. Const. as they Showed deliberate Indifference to his Serious Medical needs. On the above date Offender Contends he was placed on extreme Watch (per mental Health). Upon being placed on Watch he was placed in a Booth Cell (Tiger 1R) where as it was poorly Ventilated & there was no air Circulation by Cpt. D Turner. After entering this Cell & realizing how extremely hot it was Offender requested from Cpt. Turner that he be placed in another Cell whereas he Can feel Some Sort of air because he Suffers from epilepsy & heat is Something that triggers his Seizures. He futher informed Cpt. Turner that he has a duty Stat that places everyone on notice to his heat related Side effects. Cpt. Turner than Stated: "You Just tried to Kill Yourself." "Now your worried about Heat"? "Maybe the heat will give you What you Want"? Cpt. Turner remarks were Very highly unprofessional in this particular instance as he was aware of the risks associcated wil excessive heat. Later that night Offender Contends he woke-up in excessive amount o Sweat & Urine feeling Weak, Nauseated. Confused at which time he informed the tier Walker to inform Security that he needed to declare himself an Medical emergency. Moments later Cpt. J Howard entered his booth at which time the Offender informed him that he needed to declare himself an medical emergen & Shower. Cpt. Howard than informed Offender that medical had Just left his cell apprx 1-1½ his at which time Offender questioned the reason why wil they their? Cpt. Howard than informed Offender that he had been in there Shaking & upon Medical examining me they only took my Vitals & left. Cpt. How ard than informed me that word was left from the day Shift that i had been Seizing Since ive been on 4-pt & when medical did arrive they only left me in the Cell. Offender Contends he was never Seen by Medical. He was never released from extreme restraints for water or bathrum breaks & he was forced to Sleep in Urine. On July 11, 2018 upon informatiur & belief Offender had multiple Seizures on July 10, 2018 even after being Seen by Medical he Continuisly had Seizures & Major Voohries, Cpt. D Turner & Cpt. J Howard would refuse to notify Medical. Upon informat ion & belief Cpt. Howard would watch offender have Seizures With-out getting him any medical attention. Offender Contends that major. D. Vooh. ries Cpt. D Turner. & Cpt. J Howard are aware that offender was in a

= 1of2 =

life threatning Situation & they are not trained in the medical feild but they purposefully ignored a Significant risk to Offenders health & Safety. Prison Officials Violate the 8th Amendment when they act With deliberate Indifference to a Condition that exposes a prisoner to an Unreasonable risk of Serious harm...

## Relief Desired

1. I request Nominal damages in the amount of 25.000 against ~~Major D.~~ Cpt. D. Turner & Cpt. J. Howard;

2. I request Nominal damages in the Amount of $50,000 against Major D. Voohiles;

3. I request Compensatory damages In the Amount of $25.000 against all defendants;

4. I request punitive damages in the Amount of $50.000 against all defendants;

5. I request a preliminary & permanent injuction Ordering that all Offenders who Suffer with epilipsey be placed Under Camera observation When placed on any extreme Watch...

Respectfully Submitted:
Albert Thayer #389691?
Tiger 4R #5
Aug 21, 2018

pg 2 of 2

# LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## CORRECTIONS SERVICES

### CASE NUMBER: LSP-2018-1623

### SECOND STEP RESPONSE FORM
### (HEADQUARTERS)

TO: <u>GRAYER, ALBERT   389690</u>                    <u>LSP</u>
     Offender Name and Number                         Living Unit

Response to Request Dated 02/27/2019, Received in this Office on 03/11/2019:

Your request for an Administrative review of ARP# LSP-2018-1623 has been received.  A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

It has been determined that your complaint is without merit.  The medical staff has addressed your concerns in an appropriate manner and in accordance with DOC Health Care Policy.  Medical opinion is controlling.  The care you have received as well as the care you will continue to receive from the medical staff is determined adequate for your health care concerns.  Also, in statements from Capt. Dardonne, Capt. LaCost and Lt. Plauche, they deny your allegations and there is no reason to doubt the credibility of these officers.  You have failed to provide any evidence to substantiate your allegations or that would cause us to believe otherwise.  As such, this office has accepted staff's position in this matter and concurs with the response provided at the First Level.  Therefore, administrative intervention is not forthcoming.

Your request for relief is denied.


<u>      3/18/0      </u>                    <u>              </u>
        Date                            Secretary's Signature or His Designee

CASE NUMBER: LSP-2018-1623

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: <u>GRAYER, ALBERT 389690</u>                D FAL 4
                                                                    Living Quarters

Response to request dated , received in this office on 07/30/2018

In response to ARP#2018-1623, a review of your medical records was completed. I have found that you were seen multiple times by different medical personnel between 07-10-2018 and 07-11-2018. You stated you swallowed 50 Dilantin Pills. You "attempted" to hang yourself, and having multiple seizures. All of the personnel documented their assessments which were all similar. I have found that you were seen, assessed, and your encounters were handled appropriately. You have failed to prove any wrong doing by any part of LSP's medical staff. Your request for administrative remedy is denied.

Col. Darren Cashio NRP

Prepared by: _____

_____         _____
2/13/19                                                       Joseph F. G. Lamartiniere
Date                                                            Deputy Warden
                                                                     Unit Head

<u>Instructions to Offender:</u>  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓ I am not satisfied with this response and wish to proceed to Step Two.

Reason: _See inital ARP_____
_____
_____

_____         _____
2-27-19                                                      Albert Grayer #389690
Date                                                           Offender's Signature    DOC#

Exhibit "D"

Medical Reports

**LOUISIANA STATE PENITENTIARY - EMERGENCY MEDICAL SERVICES**

**AMBULANCE RUN REPORT**

| | | | | | | |
|---|---|---|---|---|---|---|
| DATE | 7/10/18 | | | | RUN NUMBER | 18-1294 |
| ASSIGNED | 11:46A | | | | SIGNAL | B |
| ENROUTE | 11:46A | CALL REC'D FROM | medical 4 | | EMS UNIT # | m-6 |
| ON SCENE | 11:56A | NATURE OF THE CALL | Possible Intoxication | | TRANS BLS / ALS ✓ | |
| TRANS-PORTING | 12:03P | INCIDENT LOCATION | Camp C Jaguar | | NT ORD BY | N/A |
| AT HOSPITAL | 12:13P | PATIENT | Albert Grayer | | RECEIVING HOSPITAL | REBTC |
| AVAILABLE | 12:18P | ADDRESS OR LIVING QTR | Jag2L | | RECEIVING MD/RN | Crook |
| AGE 39 RACE B SEX M | | CHIEF COMPLAINT | wants to Die | | DOC#/SS# | 389690 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TIME** | 11:58A | | | | | | | | | |
| **BLOOD PRESSURE** | 160/99 | | | | | | | | | |
| **PULSE** | 84 | | | | | | | | | |
| **RESPIRATION** | 16 | | | | | | | | | |
| **LOC A.V.P.U.** | A | | | | | | | | | |
| **PUPIL R/L** | Perrl | | | | | | | | | |
| **MOTOR FUNCTION** | normal | | | | | | | | | |
| **SKIN** | w/D | | | | | | | | | |
| **EKG** | N/A | | | | | | | | | |
| **02 STA/GLUCOSE** | 98/101 | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **OXYGEN** | | | | | | | | | | |
| **IV1 FLUID/RATE** | | | | | | | | | | TOTAL FLUID |
| **IV2 FLUID/RATE** | | | | | | | | | | cc |
| **DEFIB** T/A | | | | | | | | | | |
| **MEDS** T/A | | | | | | | | | | |

**CURRENT MEDICATIONS** Namenda Dilantin    **ALLERGIES** NKDA

**PMHX/TX:** Offender Found laying on Floor (L) side recumbent. Offender easy to wake-up. Pupils pearl. Offender initially state that he had taken a couple of Dilantin. When we stood offender up vitals were taken and he was being walked back to his cell while I called the doctor at the ATU. As he was walking to his cell offender state he took (50) 100mg Dilantin Capsules. Offender then state that he wanted to die. Offender was placed on stretcher and secured x 3 straps. Offender was placed in ambulance and taken to REBTC with care being turned over to Dr. Crook without incident

[signature] 7/16/18

| | | | | |
|---|---|---|---|---|
| EMT #1 | Bill Lacost | REG # MO955798 | EMT #2 Shannon Gallien | REG # E1186398 |

HCP# _____    REFERRAL# _____

**La. State Penitentiary** ⬤ **7455 Tunica Trace Angola, LA** ⬤ **0712  Ph. 225-655-2286**
**ROBERT E. BARROW, JR. TREATMENT CENTER**
**EMERGENCY MEDICAL REPORT**
**VITAL STATISTICS**

DATE: 07,10,18    TIME SEEN: 12:00

NAME: Albert Grayer    DOC#: 389090    AGE: 39    RACE: B

LIVING QUARTERS: Jaguar 2L    JOB ASSIGNMENT: UD    LAST TETANUS: ___

MEDICATIONS: Clotrimazole, Norvasc, Dilantin,    ALLERGIES: NKA

| DATE OF ACCIDENT: 7/10/18 | | TIME OF ACCIDENT: 1130 | | ACCIDENT LOCATION: JAG 2L |
|---|---|---|---|---|

Notified on incident

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/Sp02 |
|---|---|---|---|---|---|---|
| 1205 | 153/100 | 92 | 8 | atox4 | 98.1 | 97% |
| 1230 | 147/98 | 90 | 18 | atox4 | — | 70% |
| | / | | | | | |

**CHIEF COMPLAINT AND INITIAL ASSESSMENT**

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Stated he took 50 dilantins.
confused pt Atox4. Respiratory distress
noted. Miosis. Skin W/D. Denies ↓
pain  N-V-D  S/S.  Obvious trauma.
∅ signs of distress or AMS.  _____ NRP
S38

MEDIC SIGNATURE: _____

**PHYSICIAN ASSESSMENT AND TREATMENT**

MNH called by nurse Summers

Gastric lavage done to Pr Crook    D/C'd

↓
1-2 particles of possible dilantin pills.  Atox4
pink vomitus noted afod.    ambulatory
                            ⌀ difficulty

S/C PRN

☐ Duty Status _____    ☐ Appointment _____

☐ Diet _____    ☐ Dressing Change _____

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 1230 | TRANSPORTATION: Security | DESTINATION: RTD |
|---|---|---|

LSP-TC 16    Rev. 11/99    EMERGENCY MEDICAL REPORT    PAGE ___ OF ___

8)

DATE: 07/10/2018

**Louisiana State Penitentiary**
**Mental Health Individual Progress Notes**

DOC: 389690                    Last Name: GRAYER            First Name: ALBERT            DOB:
Dorm: C JAG 2/L               Race: B                      Age: No DOB on Record         Arrival Date: 02/29/2016
Record Type:                  Suicide Assessment

**Section I Client Subjective Complaint(s)**
OTHER

**Section II Mental Status Exam:**
Oriented to:              X4
Affect:                   Flattened
Mood:                     Depressed
Eye Contact:              Fair
Psychomotor:              Within Normal Limits
Speech:                   Volume low
Thought Content:          Appropriate to situation
Thought Process:          Within Normal Limits
Insight:                  Poor
Judgment:                 Impaired
Attitude:                 Other                            OTHER: sad
Grooming:                 Appropriate to situation
Cell:                     Not Applicable
Behavior:                 Passive-aggressive/Avoidant
Suicide:                  Gesture low potential lethality
Homicide:                 No evidence of danger to others
Hallucination:            No evidence noted in interview
Delusion:                 No evidence noted in interview

**Section III    Clinician Notes**
OFFENDER WAS SEEN FOR SUICIDE ASSESSMENT. OFFENDER STATED THAT HE IS HAVING S/HI. OFFENDER WAS
NOT SPECIFIC ON WHAT TRIGGERED HIS THOUGHTS. OFFENDER REQUESTED TO BE PLACED ON WATCH.

**Section IV Assessment**
1.    Coping skills poor currently
2.    Possible Suicide risk currently
3.
4.

**Section V Disposition**
Goals:
1.    Appropriate behavior by client
2.    Decrease subjective distress
3.
Plan:
1.    Suicide Watch: Begin standard.
2.
3.

**Section VI Level of Care Codes**

Present          History of Ideation: None Indicated   Substance Use:   None Indicated   Present         Present
                                                        Disorder

LOC: 4

       Date              Time             Clinician/Social Worker
       07/10/2018        12:55 PM         M.YISHA JOSEPH              LMSW SOCIAL WORK



Form HC-38-B
01 August 2002

## MENTAL HEALTH MANAGEMENT ORDER

NAME _Albert Grayer_   DOC # _389690_   LOCATION _C. Frazier_

BEGIN _____X_____

DISCONTINUE _____

CONTINUE _____

Change to _____

MANAGEMENT INSTRUCTIONS: _Begin Standard Suicide Watch_

HOUSING: _available housing_   ABLE TO BE DOUBLED? (YES) NO

PROPERTY: _one paper sheet, one paper gown w/o straps, and one suicide mattress_

OBSERVATION FREQUENCY _Every 15 minutes_

OTHER: _able to be doubled if ok w/ Security. No other property allowed in cell._

DATE AND TIME EXAMINED: _12:50pm   7/10/18_

DATE AND TIME OF ORDER: _12:55pm   7/10/18_

ORDERED BY _M Joseph, CMHS_ _(Signature)_   TITLE: _SW3_

If an extreme mental health management is ordered a physician signature is required.

VERBAL ORDER RECEIVED BY: _____   DATE/TIME: _____

Any change requires a new Mental Health Management Order

Copy: Original to Mental Health
        Medical Records
        Security

10)

**La. State Penitentiary ▉▉455 Tunica Trace Angola, LA ▉▉712  Ph. 225-655-2286**
ROBERT E. BARROW, JR. TREATMENT CENTER
EMERGENCY MEDICAL REPORT
VITAL STATISTICS

DATE: 07,10,18                                                TIME SEEN: 1319

NAME: Albert Grayer    DOC#: 389690    AGE: 39  RACE: B

LIVING QUARTERS: Jaguar 2/L    JOB ASSIGNMENT: LID    LAST TETANUS: _____

| MEDICATIONS: Clotrimazole, Norvasc, Dilantin | ALLERGIES: NKA |
|---|---|

| DATE OF ACCIDENT: 07/10/18 | TIME OF ACCIDENT: 1315 | ACCIDENT LOCATION: holding cell |
|---|---|---|

| TIME | B/P | PULSE | RESP | LOC | TEMP | BS/Sp02 |
|---|---|---|---|---|---|---|
| 1319 | 157/99 | 68 | 18 | Ax4 | 97.8 | 95% |
| : | / | | | | | |
| : | / | | | | | |

CHIEF COMPLAINT AND INITIAL ASSESSMENT

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: per security pt tried hanging himself c restraints in the holding cell. Pt a&o x4. perrl. Ø signs q respiratory distress. Ø ligature marks. Ø JVD Ø accessory muscle use. Denies neck pain.

MAEW    MEDIC SIGNATURE: C. Sibonnes 58 NRP

PHYSICIAN ASSESSMENT AND TREATMENT

MHT called — CUD
M. Booker, MHT/U.

OBSERVE ordered CUD extreme watch

D/C in NAP c security

| ☐ Duty Status _____ | ☐ Appointment S/L PPN OB |
|---|---|
| ☐ Diet _____ | ☐ Dressing Change _____ |
| | PHYSICIAN SIGNATURE: _____ |

| TIME LEFT: 1340 | TRANSPORTATION: Security | DESTINATION: RTU |
|---|---|---|

LSP-TC 16    Rev. 1/99    EMERGENCY MEDICAL REPORT    PAGE _ OF _

DATE: 07/19/2018

**Louisiana State Penitentiary**
**Mental Health Individual Progress Notes**

DOC: 380690          Last Name: GRAYER          First Name: ALBERT          DOB:
Dorm: C JAG 24       Race: B                    Age: No Dob on Record        Admit Date: 07/07/201
Record Type:         Suicide Assessment

**Section I Client Subjective Complaint(s):**
DISCHARGE CONCERNS.

**Section II Mental Status Exam:**

| | |
|---|---|
| Oriented To: | X4 |
| Affect: | Flat |
| Mood: | Depressed |
| Eye Contact: | Varied throughout interview |
| Psychomotor: | Within Normal Limits |
| Speech: | Volume low |
| Thought Content: | Appropriate to situation |
| Thought Process: | Within Normal Limits |
| Insight: | Poor |
| Judgment: | Impaired |
| Attitude: | Other                    OTHER: cal |
| Grooming: | Appropriate to situation |
| Gait: | Not Applicable |
| Behavior: | Help seeking |
| Suicide: | Gesture, high potential, lethality |
| Homicide: | No evidence of danger to others |
| Hallucination: | No evidence noted in interview |
| Delusion: | No evidence noted in interview |

**Section III       Clinician Notes:**

OFFENDER WAS SEEN FOR SUICIDE ASSESSMENT AFTER HE WAS PLACED ON STANDARD SUICIDE WATCH.
OFFENDER TRIED TO HANG HIMSELF WITH HIS RESTRAINTS BEFORE HE COULD BE TRANSPORTED BACK TO HIS
LIVING AREA. OFFENDER WAS PLACED ON EXTREME WATCH DUE TO HIS GESTURE. OFFENDER STATED THAT HE IS
STRESSED OUT BECAUSE HE WAS SUPPOSED TO GO HOME IN SEPTEMBER 2018 BUT HE LOST 2 YEARS OF HIS GOOD
TIME AND HE FEELS STILL THE HASN'T BEEN GIVEN ANY CHANCE TO LEARN TO EARN IT BACK. THE MENTAL HEALTH DIRECTOR
AND I EXPLAINED TO OFFENDER THAT TRYING TO HARM HIMSELF IS NOT GOING TO BETTER HIS SITUATION.
OFFENDER DID NOT CONFIRM OR DENY IF HE WOULD CONTINUE TO TRY TO HARM HIMSELF. THE EXTREME WATCH
ORDER WAS PLACED.

**Section IV Assessment:**
1.    Functioning is poor currently.
2.    Coping skills poor currently.
3.    Possible Suicide risk currently.
4.
5.

**Section V Disposition:**
Goals
1.    Appropriate behavior by client.
2.    Increased insight.
3.    Prevent harm to self/others.
Plan:
1.    Suicide Watch Change to Extreme
2.

**Section VI Level of Care Codes:**

| Present | History of Ideation None Indicated | Substance Use Disorder | Indicated | Present | Present |
|---|---|---|---|---|---|

Col. 4

| Date | Time | Therapy/Social Worker |
|---|---|---|
| 07/19/2018 | 4:03 PM | MAYISHA            , LMSW-SOCIAL WORKER |

a.

Form HC-38-B
01 August 2002

## MENTAL HEALTH MANAGEMENT ORDER

NAME *Albert Grayer* DOC # *389690* LOCATION *C. Tiger*

BEGIN _____

DISCONTINUE _____

CONTINUE _____

Change to _____ X _____

MANAGEMENT INSTRUCTIONS: *Change to Extreme*
_____

HOUSING: *Available* ABLE TO BE DOUBLED? YES (NO)

PROPERTY: *1 paper sheet, 1 paper gown w/o straps,*
*1 regular mattress, 2 metal ankle restraints,*
*2 metal wrist restraints*

OBSERVATION FREQUENCY: *not to exceed 15 minutes*

OTHER: *To be reassessed within 12 hours*
*No other property in cell*

DATE AND TIME EXAMINED: *7/10/18  1:25p*

DATE AND TIME OF ORDER: *7/10/18  1:31p*

ORDERED BY: *1* _____ TITLE: *MD*
Signature *Dr Grace*

If an extreme mental health management is ordered a physician signature is required.

VERBAL ORDER RECEIVED BY *M. Joseph, mw* DATE/TIME: *7/10/18  1:31p*

Any change requires a new Mental Health Management Order.

Copy: Original to Mental Health
Medical Records
Security

Form HC-38-B
01 August 2002

## MENTAL HEALTH MANAGEMENT ORDER

NAME Albert Grayer    DOC #389690 LOCATION Camp C

BEGIN

DISCONTINUE

CONTINUE    X

Change to

MANAGEMENT INSTRUCTIONS Extreme Suicide watch 2pt 4pt

HOUSING: available    ABLE TO BE DOUBLED?  YES (NO)

PROPERTY: 1 paper sheet, 1 paper gown w/o string, 1 regular Mattress, 2 metal wrist restraints, 2 metal ankle restraint

OBSERVATION FREQUENCY: not to exceed 15 minutes

OTHER: no other property allowed in cell to be reassessed within 12 hours

DATE AND TIME EXAMINED: 7/10/18 at 8:17 PM

DATE AND TIME OF ORDER: 7/10/18 at 8:21 PM

ORDERED BY: _____ Dr. Crick    TITLE: _____ doctor
Signature                                        M.D.

If an extreme mental health management is ordered a physician signature is required.

VERBAL ORDER RECEIVED BY: _____ Crick  DATE/TIME: 7/10/18 d 8:21 pm

Any change requires a new Mental Health Management Order.

Copy: Original to Mental Health
      Medical Records
      Security

14.

## LOUISIANA STATE PENITENTIARY · EMERGENCY MEDICAL SERVICES
### AMBULANCE RUN REPORT

| Field | Value |
|---|---|
| DATE | 7/10/18 |
| ASSIGNED | 1529 |
| ENROUTE | 1529 |
| ON SCENE | 1538 |
| TRANSPORTING | 1540 |
| AT HOSPITAL | 1550 |
| AVAILABLE | 1546 |
| AGE | 34 | RACE B | SEX M |
| RUN NUMBER | 18-1296 |
| SIGNAL | B |
| EMS UNIT # | M6 |
| TRANS BLS | ALS ✓ |
| NT ORD BY | Crook md |
| RECEIVING HOSPITAL | no |
| RECEIVING MD/RN | nur |

| Field | Value |
|---|---|
| CALL REC'D FROM | M-4 |
| NATURE OF THE CALL | Poss SZ |
| INCIDENT LOCATION | Tiger 1r |
| PATIENT | Albert grayer |
| ADDRESS OR LIVING QTR | Tiger 1r |
| CHIEF COMPLAINT | Ø volved |

### VITAL
| | 1542 |
|---|---|
| BLOOD PRESSURE | 160/70 |
| PULSE | 100 |
| RESPIRATION | 18 |
| LOC A.V.P.U. | a+ox4 |
| PUPIL R/L | Perl |
| MOTOR FUNCTION | MAEW |
| SKIN | warm |
| EKG | NS sinus tach |
| O2 STA/GLUCOSE | 97/120 |

### MEDS/TX
CURRENT MEDICATIONS: Dilantin, clotrimazole   ALLERGIES: NKA

### NARRATIVE/SUMMARY
Pt lying supine in a 4pt restraint. Pt would "flop" then stopped then "flop" then stopped. Pt easily aroused. PERRL. Ø visible trauma noted. Pt a+ox3. Lungs clear x4 fields. Vitals recorded above. Restraints nonconstrictive. Pulses present in all 4 extremities. Phone call to DR Crook given a s-transport ordered + cont 4pt.

7/16/18

EMT #1 [signature]  REG# 1AS0291S4  EMT #2 B (alos)  REG# NR
HCP# 558/5D9  REFERRALS

LOUISIANA STATE PENITENTIARY · EMERGENCY MEDICAL SERVICES

## AMBULANCE RUN REPORT

| | | | | | |
|---|---|---|---|---|---|
| DATE | 7/10/18 | | | RUN NUMBER | 18-1299 |
| ASSIGNED | 18:08 | | | SIGNAL | A |
| ENROUTE | 18:08 | CALL REC'D FROM | Pz 4 | EMS UNIT # | R 6 |
| ON SCENE | 18:18 | NATURE OF THE CALL | Poss Seizure | TRANS BLS — / ALS | |
| TRANS-PORTING | 18:24 | INCIDENT LOCATION | Tiger 11R | NT ORD BY | Toce |
| AT HOSPITAL | 18:29 | PATIENT | Albert Frazer | RECEIVING HOSPITAL | — |
| AVAILABLE | 18:24 | ADDRESS OR LIVING QTR | Tiger 11R | RECEIVING MD/RN | — |
| AGE 39  RACE B  SEX M | | CHIEF COMPLAINT | none | DOC#/SS# | 339689 |

### VITAL

| | TIME | 18:20 |
|---|---|---|
| | BLOOD PRESSURE | 136/85 |
| | PULSE | 68 |
| | RESPIRATION | 18 |
| | LOC A.V.P.U. | P |
| | PUPIL R/L | PERL |
| | MOTOR FUNCTION | MAC |
| | SKIN | W/D |
| | EKG | — |
| | O2 STA/GLUCOSE | 98 |

### MEDS/TX

| | OXYGEN | | TOTAL FLUID |
|---|---|---|---|
| | IV1 FLUID/RATE | | |
| | IV2 FLUID/RATE | | CC |
| | DEFIB   T/A | | |
| | MEDS    T/A | | |
| | CURRENT MEDICATIONS | Clot ri, mssle noreuse Dilantin | ALLERGIES  NKDA |

### NARRATIVE/SUMMARY

PMHX/TX: Pt is a 39 y/o B/m found lying on bed being seen for Poss seizure. PEGSNT a traum rated to head q face. Skin W/D PERL cut d JVD, Q5O d traum or dysh noted to neck. O duralen noted. Ex BBSCTA = — R df d traum or durslen noted. ABD SNT d traum or dustnrn noted. Bask d traum or durslen noted. cut Pt on 4 point Restrnt. Pt. move all cut WNL c proct Restnl. CIRC c Sens Pms intct. Placed on Restrnt Bed not compliant. Tx on no Trangl per Dr Toce. Pt soft left c snrs.

[signature] 7/16/18

| EMT #1 | ...Clark | REG # | A280845 | EMT #2 | Cut c Dechnel | REG # | NRP |
|---|---|---|---|---|---|---|---|

HCP# _____   REFERRAL# _____

DATE: 07/10/2018

**Louisiana State Penitentiary**
**Mental Health Individual Progress Notes**

DOC: 389690          Last Name: GRAYER          First Name: ALBERT          DOB:
Dorm: CCR AG 2/L          Race: B          Age: No DOB on Record          Arrival Date: 08/29/2016
Record Type:          Suicide Assessment

**Section I Client Subjective Complaint(s)**
MEDICAL COMPLAINT(S):

**Section II Mental Status Exam**
Oriented To:          x3
Affect:          Anxious
Mood:          Frustrated
Eye Contact:          Fair
Psychomotor:          Within Normal Limits
Speech:          Within Normal Limits
Thought Content:          Within Normal Limits
Thought Process:          Within Normal Limits
Insight:          Poor
Judgment:          Poor
Attitude:          Cooperative
Grooming:          Appropriate to situation
Cell:          Stripped
Behavior:          Within Normal Limits of Appropriateness
Suicide:          Ideation currently denied
Homicide:          Ideation denied
Hallucination:          No evidence noted in interview
Delusion:          No evidence noted in interview

**Section III    Clinician Notes**
SW met with offender on the date and approximate time indicated below for suicide assessment. Offender was currently on extreme watch 4 pt due to trying to hang himself. Offender denied SI at this time. Offender made compliant statements and states he was in pain. Stated that he was hearing. Stated that he has a history of seizures. He also said that he doesn't want to die. Empty cell was order for offender to be continued on extreme suicide watch 4pt with paper sheet. Leave offender without suitable restraints, leave metal ankle restraints. 2 metal wrist restraints. Offender will be reassessed within 12 hours in the proper call. Watch in cell.

**Section IV Assessment**
1.    Coping skills poor currently.
2.    Possible suicide risk currently.
3.
4.
5.

**Section V Disposition**
Goals:
1.    Prevent harm to self/others
2.    Appropriate behavior by client
3.
Plan:
1.    Suicide Watch Continue Extreme
2.
3.

**Section VI Level of Care Codes**

| | SI | DD | SA | PM | | |
|---|---|---|---|---|---|---|
| Present | History of Ideation | None Indicated | Substance Use Disorder | Not Indicated | Present | Present |

Log:

| Date | Time | Clinician/Social Worker |
|---|---|---|
| 07/10/2018 | 09:32 PM | ASHLEY VARZAN, LCSW, SOCIAL WORKER |

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**

Institution: _CSP_

015222

Name: _Albert George_  DOC#: _389690_  Age: _31_  Housing: _Tiger_  Job Assignment: _____

## OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:

_E/W_

**Health Care Personnel Screening:** Date: _7/10/18_  Time: _18:40_  Location Seen: _Tiger_

(Circle One) Emergency / Routine Sick Call / Work Related  Allergies: _NKA_

B/P _122/81_  Pulse _80_  Resp _18_  Temp _97.3_  Other _____

**Assessment/Comment:** pt found laying supine on bed. Pt seen for security for E/W. pt denies any medical c/c. pt A0x4, WADN, pms intact, capillary refill < 2 seconds, pt MAEW x4, restraints are restrictive but not constrictive. Remaining PE unremarkable.

**Disposition:**

S/L P/C

**New Medications Ordered:**

_____
_____

Total #: _0_

Screener's Signature: _M. Sgt. Riverkirs, CPT SC7_

**Health Care Practitioner Notes:**

d/c  K Kubler 7-12-18

HCP's Signature: _____  Date: _7/12/18_

☑ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription  Fee: $_0_  Total: $_0_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Offender's Signature: _(Unable to Sign_  DOC#: _389690_  Date: _7/10/18_  Witness Signature: _M. Sgt. Barry_

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**

● ● al    001366

**Health Care Request Form**    Institution: _LSP_

Albert Grayer 389690  39  Tig 1/R  L/D
Name          DOC#     Age   Housing    Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

E/W

**Health Care Personnel Screening:** Date: 7-11-18  Time: 0745  Location Seen: Tig.

(Circle One) **Emergency** / Routine Sick Call / Work Related Allergies: NKDA

B/P 158/90  Pulse 118  Resp 16  Temp ——  Other ——

**Assessment/Comment:** Pt ambul laying supine on his cell bed. Pt was restrained by restraints on all 4 extremities. restraints were checked and were determined to be properly placed. The Pt's extremities had PMS and were restrictive but not constrictive. The restraints were causing no trauma to the Pt. Pt complained of being weak. The Pt was advised to drink copious amounts of water and eat when let up every 2 hours from extreme watch. Pt denied SOB and chest pain. Pt was A&Ox4 and did not appear to be in any distress. Pt voiced 0 other medical complaints. Pt had WNL on cap refill for all 4 extremities.

**Disposition:**

S/C PRN

Ⓡ

**New Medications Ordered:**

∅ ∅  Total #: ∅

**Screener's Signature:** Cdt C. Lee #581

**Health Care Practitioner Notes:**

s/c [illegible]  Date: 7/16/18

**HCP's Signature:** [signature]  Date: 7/16/18

☑ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription Fee: $ ∅  Total: $ ∅

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Unable to sign    389690    7-11-18    Cdt C. Lee #581
Offender's Signature   DOC#      Date      Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

# LOUISIANA STATE PENITENTIARY - EMERGENCY MEDICAL SERVICES
## AMBULANCE RUN REPORT

| | | | | |
|---|---|---|---|---|
| DATE | 7/11/18 | | RUN NUMBER | 18-1302 |
| ASSIGNED | 09:35 A/L | | SIGNAL | B |
| ENROUTE | 08:35 A/L | CALL REC'D FROM: Medical 4 | EMS UNIT # | M-6 |
| ON SCENE | 08:42 A/L | NATURE OF THE CALL: Possible Seizure | TRANS BLS / ALS ✓ |
| TRANS-PORTING | 08:50 A/L | INCIDENT LOCATION: Tiger 1 R | NT ORD BY | Crook |
| AT HOSPITAL | 08:50 A/L | PATIENT: Albert Grayer | RECEIVING HOSPITAL | N/A |
| AVAILABLE | 08:50 A/L | ADDRESS OR LIVING QTR: Jag 2/L | RECEIVING MD/RN | N/A |
| AGE 39  RACE B  SEX M | | CHIEF COMPLAINT: None | DOC#/SS# | 389690 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | 08:45A | | | | | | | | | | |
| BLOOD PRESSURE | 160/80 | | | | | | | | | | |
| PULSE | 118 | | | | | | | | | | |
| RESPIRATION | 18 | | | | | | | | | | |
| LOC A.V.P.U. | V | | | | | | | | | | |
| PUPIL R/L | Perrl | | | | | | | | | | |
| MOTOR FUNCTION | On extreme watch | | | | | | | | | | |
| SKIN | w/D | | | | | | | | | | |
| EKG | N/A | | | | | | | | | | |
| 02 STA/GLUCOSE | 100/116 | | | | | | | | | | |

| | | | | | | | | | | | TOTAL FLUID |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OXYGEN | | | | | | | | | | | |
| IV1 FLUID/RATE | | | | | | | | | | | |
| IV2 FLUID/RATE | | | | | | | | | | | cc |
| DEFIB  T/A | | | | | | | | | | | |
| MEDS  T/A | | | | | | | | | | | |

| CURRENT MEDICATIONS | Norvasc, Dilantin | ALLERGIES | NKDA |
|---|---|---|---|

PMHX/TX: Offender found laying in bunk on extreme watch in 4 part restraints. Offender appears to be postictal with a small amount of vomit on the side of his mouth. Vitals as above. Offender keep eyes closed but were perrl when I held them open. Offender has voluntary and involuntary movements. Offender's cell has no light in it. Pulse's were present in all extremities. Telephoned ATU spoke to Dr. Crook who authorized a no transport.

7/16/18

| EMT #1 | Bill Lefort | REG # | M0958798 | EMT #2 | Linelle Straughter | REG # | E2055011 |
|---|---|---|---|---|---|---|---|

HCP# 509/537     REFERRALS